# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: __ERNEST AMADI NWANAGU__           Case no.: __16-42109__
                Debtor           Chapter: __13__

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and complete to the best of his or her knowledge.

DATE: __12/19/16__           _____
                                        Signature of Debtor

Bay State Savings Bank
28 Franklin Street
Worcester, MA 01608-1904

Department of Treasury
Internal Revenue Service
Stop 830
Andover, MA 01810-0030

Coastal Medical Transportation
17 Reardon Circle
S Yarmouth, MA 02664-5208

Fletcher Tilton PC
370 Main Street
Worcester, MA 01608-1779

Lustig, Glaser, Wilson, PC
P.O.Box 549287
Waltham, MA 02454-9287